a it that and and and we didn't really like the the the the the the the the yeah them the the good market her world ok the that haven't have what lol h EV lol germany dota You play the game and he was playing Dota and was playing like this and he was playing like this and 처음 보러 피하 production I just want to play and I don't like Dota Anyway that always works but those days not as much as Bulacan you can play Bulacan He doesn't just put out Err I don't know Sorry we don't know but you know so how long are they I don't know how many it didn't change Did you play 2? No It wasn't talking The vision Not the vision This mission And I So it's very hard We weren't well let's no we have we have well that's that's a bad thing that  I is  written good and I alone I thought I I tell by on you and really is real well direction I than I read up upper of you 2 0 0 higher up up up by up up ok ok up good up I'll 0 0 0 no 0 0 0 1 0 1 0